UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOANNE SOUCY,

    Plaintiff,

v.                                      CASE NO. 8:17-cv-2088-T-23JSS

CITY OF SARASOTA, et al.,

    Defendants.
_____/

## **ORDER**

The agreed motion (Doc. 8) to remand the action is **GRANTED**. The clerk is directed to **REMAND** the action to the Circuit Court for Sarasota County, Florida, and to **CLOSE** the case.

ORDERED in Tampa, Florida, on October 3, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE